AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Timethy Marrugo<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:22-MJ-186<br>)<br>)<br>) |

*FILED — OCT - 4 2022 — CLERK, U.S. DISTRICT COURT — Northern District of Texas — By ___ Deputy*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June and July 2022__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). | Distribution and Possession with Intent to Distribute Methamphetamine. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Brown, DEA SA
*Printed name and title*

SAttested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 10/4/22

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:22-MJ-186

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher Brown, being sworn, depose and state as follows:

1) I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2) I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a Special Agent with DEA in June 2019, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in October 2019. In connection with my duties and responsibilities as a Special Agent, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants. Prior to my employment with the DEA, I was a Vermont State Trooper for 7 years. During that time, I have made narcotic arrests and assisted in narcotics investigations.

3) This affidavit is made in support of a complaint and arrest warrant for Timethy MARRUGO. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4) In the month of June 2022, The Drug Enforcement Administration (DEA) Amarillo Resident office (ARO) Agents initiated an investigation in to the drug trafficking activities of Timethy MARRUGO.

5) On or about two separate dates in June 2022, DEA agents coordinated two controlled purchase of one-quarter pound of methamphetamine each from MARRUGO a residence at 1417 S Eastern Street. During the operations, Agents observed a CS enter the residence and purchase methamphetamine from MARRUGO using Official Advanced Funds (OAF).

6) On or about a date July 2022, Agents conducted another controlled purchase of a half-pound of methamphetamine from MARRUGO at Wal-Mart parking lot located 3700 E IH-40, Amarillo, TX. During the controlled purchase operation, Agents observed MARRUGO arrived at the Wal-Mart driving his brown 2011 Buick Enclave. Agents observed MARRUGO exit his Buick carrying a red and black colored bag. MARRUGO was observed entering the CS's vehicle. After the purchase of methamphetamine, physical surveillance observed MARRUGO exit the CS's vehicle and re-enter his Buick.

7)   After the three controlled purchases of the suspected methamphetamine the substance was field tested, which yielded a positive result for the presence of methamphetamine. The three methamphetamine purchases had a combined weight of approximately 461 grams.

_____
Christopher Brown
DEA Special Agent

Attested to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1:

__10/4/22__ at __Amarillo, TX__
Date                City and State

Lee Ann Reno U.S. Magistrate Judge        _/s/ Lee Ann Reno_
Name and Title of Judicial Officer         Signature of Judicial Officer

_/s/ Anna Marie Bell_
Anna Marie Bell
Assistant U.S. Attorney